# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**EDDIE ROBINSON**                                                                                  **PLAINTIFF**

**V.**            **CASE NO.: 3:15CV00078 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of the Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, and against the Plaintiff, Eddie Robinson.

DATED this 8th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE